UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROBERT L. MORRIS, | ) | Case No. EDCV 10-1330 PA(JC) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| JAMES D. HARTLY, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: _January 10, 2011

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE